UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------X

UNITED STATES OF AMERICA

    -against-                         ORDER

ALBERTO FERNANDO MOSQUERA QUINTERO,   05-922 (FB)

--------------------------------X

    Defendant having established that she/he is indigent, and there being no claim by the government for forfeiture, defendant is entitled to the return of property seized upon arrest; wherefore:

It is hereby ORDERED:

    That the United States Customs Service return to defendant the property. Defendant has provided the United States Customs Service with the name and address of a party to whom the property can be sent on the attached property form. The United States Customs Service is directed to send the property to the person designated within three weeks of the date of this Order.

Dated: Brooklyn, New York
       Aug. 17, 2006

                                       The Honorable Fredic Block.
                                       United States District Judge
                                       Eastern District of New York

## PROPERTY TO BE SHIPPED

IF YOU WISH YOUR PROPERTY AND CURRENCY TO BE SHIPPED please set forth below the name and address to which you wish your property and currency to be sent and execute the Waiver Provision below. In the absence of an executed Waiver Provision, your property and currency will not be shipped and will be held by the agency unless an authorized individual personally retrieves your property and currency before the expiration of the 30-day period.

Name and Address for mailing:

Caterina Ramirez
Calle 18 Num 908
Buga Valle, Colombia
SA

Tel. No. 011-57-22-7227-9681

## WAIVER

I, ALBERTO MOSQVERA, have reviewed the items of personal property and currency listed in the Inventory attached hereto and agree that the Inventory is an accurate and complete statement of all of my personal property now in the custody of the United States government. I hereby authorized the United States Customs Service to ship my personal property listed in the Inventory to the mailing address listed above. By requesting that the United States Customs Service ship my personal property and currency, I understand and agree to waive any and all rights to seek damages from the United States, its departments, agencies, agents and employees, or the carrier based on non-delivery, loss, damage or destruction of the property which may be incurred during the course of shipment. I further agree that if the property is returned to the United States Customs Service, then the property shall be considered abandoned and will be destroyed without further notice. I agree to waive any and all rights to seek damages should the property be destroyed at that time.

Dated: Brooklyn, New York
August 17, ~~199~~ 2006

Signature

Witnessed by: _____